FILED
CLERK, U.S. DISTRICT COURT

JUN 18 2013

CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

ED 13 306

United States of America,

v.

Alfredo Martinez
_____
Defendant

## WAIVER OF RIGHTS
### (OUT OF DISTRICT CASES)

I understand that charges are pending in the ___Southern___ District of ___California___
alleging violation of ___18:3583___ and that I have been arrested in this district
and   (Title and Section / Probation / Supervised Release)

taken before a United States Magistrate Judge, who has informed me of the charge(s) and my right to :
   (1)    have an identity hearing to determine whether I am the person named in the charges;
   (2)    receive a copy of the charge(s) against me;

_ Check one only-

[ ]    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
   (3)    have a preliminary examination    (unless an indictment has been returned or an information filed)
          to determine whether there is probable cause to believe an offense has been committed by me,
          the hearing to be held in this district or the district of prosecution; and
   (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crime.P., in order to plead
          guilty.

[X]    **PROBATION OR SUPERVISED RELEASE CASES:**
   (3)    have a preliminary hearing  (if the violation charged allegedly occurred in the district, and I am
          held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether
          there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**
[ ]    *have an identity hearing*
[X]    *receive a copy of the charge(s) against me*
[ ]    *have a preliminary examination*
[ ]    *have an identity hearing, and I have been informed that I have no right to a preliminary*
       *examination*
[X]    *have an identity hearing, but I request that a preliminary examination be held in the prosecuting*
       *district*

Alfredo Martinez
_____
Defendant

_____
Defense Counsel

_____
United States Magistrate Judge

DATE: ___6/18/13___

M-14( Rev.1/03 )                    WAIVER OF RIGHTS (OUT OF DISTRICT CASES)